**SO ORDERED.**

**SIGNED this 03 day of December, 2010.**

_____
**ROBERT E. LITTLEFIELD, JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| IN RE: MARK THORNHILL | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| 2403 RABBETOY ST SCHENECTADY, NY 12303 | CASE #: 10-12786 |

_____

Upon consideration of the Motion to Dismiss the within case filed by Andrea E. Celli, Chapter 13 Trustee herein, and after a hearing on notice to the debtor and the attorney of record; and there being no opposition thereto or is opposition filed, following conclusion of a hearing on Thu Dec 02, 2010

IT IS HEREBY ORDERED THAT:

The within case, commenced by filing of a petition on Jul 27, 2010 by the debtor(s) named above, be and the same is hereby dismissed, and all automatic stays and restraining orders concerning this case are hereby vacated and the provisions of 11 U.S.C. § 349 shall hereafter apply, and it is further,

ORDERED that pursuant to 28 U.S.C. § 1930 and U.S.C. § 507 (a)(1) all obligations owed to the Clerk of the Bankruptcy Court be paid in full before any monies are refunded to the debtor(s).

###